UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  12-cr-00520-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  GERMAN ANTONIO OCAMPO-GUTIERREZ,

      Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

      Due to a scheduling conflict, the Sentencing Hearing set on Thursday, June 27, 2013, at 10:00 a.m. is **VACATED** and **RESET** to **Wednesday, June 26, 2013, at 10:00 a.m.**

      Dated:  June 20, 2013